NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MANUEL LUNA-SOTO,<br><br>    Defendants. | 2:19-mj-00124-NJK<br><br>Stipulation to Continue Preliminary Hearing (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America and PAUL RIDDLE, AFPD, counsel for the defendant MANUEL LUNA-SOTO:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR February 28, 2018, at 4:00 p.m., before the Honorable Magistrate Judge Nancy J. Koppe, be vacated and set to a time convenient for the Court, but no sooner than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The Government intends to provide a large amount of discovery to the defense counsel who requests time to review it before an indictment is filed or to prepare in the event a preliminary hearing is commenced.

2. Counsel for the defendant and counsel for the government agree to the continuance.

3. The defendant is not detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance.

Dated this 26th day of February, 2019.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

/s/ *Paul Riddle*
PAUL RIDDLE, AFPD
Counsel for LUNA-SOTO

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-00124-NJK |
| Plaintiff, | ORDER |
| vs. | |
| MANUEL LUNA-SOTO, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for February 28, 2019, at 4:00 p.m., be vacated and continued to April 2, 2019, at 4:00 p.m. in Courtroom 3B.

DATED this 26th day of February, 2019.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE