NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
REBECCA CLINTON
Assistant United States Attorneys
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Rebecca.Clinton@usdoj.gov

*Representing the United States of America*



FILED ___ ___
ENTERED ___ SERVED ___
COUNSEL/PARTIES OF RECORD

MAY - 2 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

　　　　Plaintiff,

　　v.

MANUEL LUNA-SOTO,

　　　　Defendant.

Case No. 2:19-cr-00106-JAD-CWH

**Motion to Unseal**

The United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Rebecca K. Clinton, Assistant United States Attorney, respectfully moves this Honorable Court to unseal the indictment in the above-captioned matter.

A Complaint was filed on February 13, 2019. The Defendant had his initial appearance before the Honorable Nancy J. Koppe and was given a personal recognizance bond with conditions. Since then, the Government has indicted the Defendant on the conduct. Concurrent with this filing, the Government has filed a motion to quash the arrest warrant that it had requested in error after the matter was indicted and has moved the Court

///

///

to issue a summons. The Defendant is the sole defendant in this case. Given this the Government respectfully requests that the Court unseal this case.

DATED this 2nd day of May, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

REBECCA CLINTON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL LUNA-SOTO,<br><br>Defendant. | Case No. 2:19-cr-00106-JAD-CWH<br><br>**ORDER TO UNSEAL** |

Upon consideration of the Government's Motion to Unseal, **IT IS HEREBY ORDERED** that this case shall be **UNSEALED**.

DATED this  2  day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE