1 | NICHOLAS A. TRUTANICH
United States Attorney
2 | Nevada Bar No. 13644
REBECCA CLINTON
3 | Assistant United States Attorneys
District of Nevada
4 | 501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
5 | (702) 388-6336
Rebecca.Clinton@usdoj.gov
6 |
*Representing the United States of America*



7 |

8 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9 |

10 | United States of America,

11 |        Plaintiff,

12 |        v.

13 | MANUEL LUNA-SOTO,

14 |        Defendant.

Case No. 2:19-cr-00106-JAD-CWH

**Motion to Quash Arrest Warrant and
Issue Summons**

15 |

16 |       The United States of America, by and through NICHOLAS A. TRUTANICH, United

17 | States Attorney, and Rebecca K. Clinton, Assistant United States Attorney, respectfully

18 | moves this Honorable Court to quash the arrest warrant that was issued on May 1, 2019 and

19 | issue a summons for a date and time convenient for the Court for the Defendant to appear for

20 | an arraignment and plea hearing. On February 13, 2019, a Complaint was filed and given

21 | case number 2:19-mj-00124. On February 14, 2019, the Defendant appeared for his initial

22 | appearance before the Honorable Nancy J. Koppe and was released on personal recognizance

23 | with conditions. On May 1, 2019, the Government indicted Mr. Luna-Soto and in error

24 | requested an arrest warrant before the Honorable Carl W. Hoffman. The Government now

requests this Honorable Court to quash the warrant and issue a summons for the Defendant to appear for an arraignment and plea hearing before the Court. The Government, concurrent with the filing of this motion, has also filed a motion to unseal the indictment in this case.

**DATED** this 2nd day of May, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

REBECCA CLINTON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00106-JAD-CWH |
| Plaintiff, | **ORDER TO QUASH ARREST WARRANT AND ISSUE SUMMONS** |
| v. | |
| MANUEL LUNA-SOTO, | |
| Defendant. | |

Based on the Government's Motion to Quash Arrest Warrant and Issue Summons,

**IT IS HEREBY ORDERED** that the arrest warrant issued for Defendant Manuel Luna-Soto

is **QUASHED**, and a summons shall issue.

DATED this ___2___ day of May, 2019.

_____

UNITED STATES MAGISTRATE JUDGE

Summons to issue for May 9, 2019 at 2:30 p.m. in Courtroom 3A before Magistrate
Judge George W. Foley.

3