RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Manuel Luna-Soto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL LUNA-SOTO,<br><br>Defendant. | Case No. 2:19-cr-00106-JAD-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

COMES NOW, the Defendant MANUEL LUNA-SOTO, along with his attorney of record, Rene L. Valladares, Federal Public Defender and Paul D. Riddle, Assistant Federal Public Defender, moves the Court for an Order relieving Paul D. Riddle, Assistant Federal Public Defender and the Federal Public Defender as his attorney of record for all future proceedings in the case as on 03/03/2020, Mr. Rasmussen filed a Motion of Retained Counsel indicating that Mr. Luna-Soto had retained him to represent Mr. Luna-Soto in the instant matter. As, Mr. Luna-Soto has retained private counsel, Mr. Riddle hereby requests he be withdrawn as counsel of record.

DATED this 20th day of April, 2016.

                                      RENE L. VALLADARES
                                      Federal Public Defender

                 By:   */s/ Paul D. Riddle*
                                      PAUL D. RIDDLE
                                      Assistant Federal Public Defender

## **CONCLUSION**

WHEREFORE, the Court is asked to Order that Paul D. Riddle, Assistant Federal Public Defender and the Federal Public Defender be relieved as counsel of record and from responsibility for all future proceedings.

DATED this 8th day of April, 2020.

                                        Respectfully submitted,
                                        RENE L. VALLADARES
                                        Federal Public Defender

                              By: */s/ Paul D. Riddle*
                                        PAUL D. RIDDLE
                                        Assistant Federal Public Defender

## **ORDER**

**IT IS SO ORDERED.**

DATED: April 10, 2020

_____
Daniel J. Albregts
United States Magistrate Judge