# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:19-cr-00106-JAD-DJA |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| MANUEL LUNA-SOTO, ) | ECF No. 67 |
| Defendant. ) | |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for October 7, 2020, at the hour of 1:30 p.m., be vacated and continued to December 21, 2020, at the hour of 10:00 a.m.

DATED this 30th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE