# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00106-JAD-DJA |
| Plaintiff, | |
| vs. | **ORDER** |
| MANUEL LUNA-SOTO, | ECF No. 69 |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing currently scheduled for December 21, 2020, at the hour of 10:00 a.m., be vacated and continued to January 25, 2021, at the hour of 10:00 a.m.

DATED this 16th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE