UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:19-cr-00106-JAD-DJA |
| vs. | ) | **ORDER** |
| MANUEL LUNA-SOTO, | ) | ECF No. 73 |
| Defendant. | ) | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing currently scheduled for January 25, 2021, at the hour of 10:00 a.m., be vacated and continued to March 2, 2021, at 11:00 a.m.

DATED this 22nd day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE

4