**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|              ) | Case No.: 2:19-cr-00106-JAD-DJA |
|         Plaintiff,  ) | |
|              ) | |
|     vs.         ) | |
|              ) | **ORDER** |
|              ) | |
| MANUEL LUNA-SOTO,      ) | ECF No. 75 |
|              ) | |
|         Defendant.  ) | |
| _____) | |

     Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing currently scheduled for March 2, 2021, at the hour of 11:00 a.m., be vacated and continued to April 5, 2021, at the hour of 10:00 a.m.

     DATED this 23rd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE